# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-480
Lower Tribunal No. 20-CF-015201

_____

STEVEN MASEK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Robert Branning, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.


Jason T. Forman and Dalianett Corrales, of Law Offices of Jason T. Forman, P.A.,
Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant
Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED